CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 15 2013

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 7:03-cr-00109<br>) |
| v. | ) **ORDER**<br>) |
| ALPHONSO BUSTER GILBERT, | ) By: James C. Turk<br>) Senior United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The defendant's recent submission entitled "Judicial Notice" is hereby **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C.A. § 2255, and the Clerk is **DIRECTED** to docket it as such;

2. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

3. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 15th day of July, 2013.

/s/ James C. Turk
Senior United States District Judge